# THE STATE OF NEW HAMPSHIRE

# SUPREME COURT

**In Case No. 2021-0557, <u>Katherine Spaulding v. Harold Ekstrom</u>, the court on October 17, 2022, issued the following order:**

Having considered the briefs filed by the plaintiff, Katherine Spaulding, the memorandum of law filed by the defendant, Harold Ekstrom, and the record submitted on appeal, the court concludes that oral argument is unnecessary in this case, <u>see</u> <u>Sup. Ct. R.</u> 18(1), and that the plaintiff, as the appealing party, has not established reversible error, <u>see</u> <u>Sup. Ct. R.</u> 25(8); <u>Gallo v. Traina</u>, 166 N.H. 737, 740 (2014).

<u>Affirmed</u>.

MacDonald, C.J., and Hicks, Bassett, Hantz Marconi, and Donovan, JJ., concurred.

**Timothy A. Gudas,
Clerk**